996 A.2d 482

**Joseph SALERA, Petitioner**

v.

**STATE FARM FIRE AND CASUALTY COMPANY, Respondent.**

**James Mee, Petitioner**

v.

**Safeco Insurance Company of America, Respondent.**

**Ihor and Diane Helo, Petitioners**

v.

**Encompass Insurance, Respondent.**

**Karol Dicicco, Petitioner**

v.

**Allstate Insurance Company, Respondent.**

**Richard Crowley, et al. Adam and Cheri Skelding, Petitioners**

v.

**The Travelers Property and Casualty Insurance Co., Respondent.**

Supreme Court of Pennsylvania.

June 17, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue is:

Whether the Superior Court, in affirming the denial of a request for class certification, improperly held that Petitioners did not satisfy the predominance of common questions requirement of Pa.R.C.P. 1702 and 1708(a)(1), as applied by this Court in *Liss & Marion, P.C. v. Recordex Acquisition Corp.,* 603 Pa. 198, 983 A.2d 652 (2009).

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.